United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DAMOR HILL,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES YATES, et al,<br><br>    Defendants.           / | No.1:13-C-03761 NJV<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that on August 20, 2013, I served a true and correct copy of Docket No. 5 by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Damor Hill
P-70320
CSP Solano
P.O. Box 4000
Vacaville, CA 95696

Dated: August 20, 2013

　　　　　　　　　　　　　　　　　　／s／ *Linn Van Meter*
　　　　　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　　　　　　　Administrative Law Clerk to the
　　　　　　　　　　　　　　　　Honorable Nandor J. Vadas